IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. ASHFORD, TIMOTHY L. ASHFORD, P.C.L.L.O., | ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV8 |
| v. | ) ) | |
| DOUGLAS COUNTY, STATE OF NEBRASKA, W. RUSSELL BOWIE, in his Official Capacity, CRAIG McDERMOTT, in his Official Capacity, DOUGLAS JOHNSON, in his Official Capacity, LESLIE JOHNSON, in her Official Capacity, JOHN DOE, DOUGLAS COUNTY COMMISSIONER, in his Official Capacity, SHELLY STRATMAN, in her Official Capacity, JOHN DOES, 1-1000, JANE DOES, 1-1000, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion for extension of time (Filing No. 13). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. Plaintiff shall have until March 31, 2015, to respond to defendants' motion to dismiss or for summary judgment.

DATED this 30th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court