IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

TIMOTHY L. ASHFORD, TIMOTHY   )
L. ASHFORD, P.C.L.L.O.,       )
                              )
            Plaintiffs,       )              8:15CV8
                              )
        v.                    )
                              )
DOUGLAS COUNTY, STATE OF      )              ORDER
NEBRASKA, W. RUSSELL BOWIE,   )
in his Official Capacity,     )
CRAIG McDERMOTT, in his       )
Official Capacity, DOUGLAS    )
JOHNSON, in his Official      )
Capacity, LESLIE JOHNSON,     )
in her Official Capacity,     )
JOHN DOE, DOUGLAS COUNTY      )
COMMISSIONER, in his Official )
Capacity, SHELLY STRATMAN,    )
in her Official Capacity,     )
JOHN DOES, 1-1000, JANE DOES, )
1-1000,                       )
                              )
            Defendants.       )
_____)

        This matter is before the Court on plaintiffs' motion
to dismiss without prejudice Douglas County, Douglas Johnson, in
his Official Capacity, Leslie Johnson, in her Official Capacity,
John Doe, Douglas County Commissioner (Filing No. 15).  The Court
finds the motion should be granted.  Accordingly,

        IT IS ORDERED:

        1) Plaintiffs' motion is granted.  Douglas County,
Douglas Johnson, in his Official Capacity, Leslie Johnson, in her
Official Capacity, and John Doe, Douglas County Commissioner, are
dismissed as defendants in this action.

2) Defendant Douglas County's motion to dismiss or for summary judgment (Filing No. 7) is denied as moot.

DATED this 31st day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court