IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. ASHFORD, TIMOTHY L. ASHFORD, P.C.L.L.O., | ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV8 |
| v. | ) ) | |
| DOUGLAS COUNTY, STATE OF NEBRASKA, W. RUSSELL BOWIE, in his Official Capacity, CRAIG McDERMOTT, in his Official Capacity, DOUGLAS JOHNSON, in his Official Capacity, LESLIE JOHNSON, in her Official Capacity, JOHN DOE, DOUGLAS COUNTY COMMISSIONER, in his Official Capacity, SHELLY STRATMAN, in her Official Capacity, JOHN DOES, 1-1000, JANE DOES, 1-1000, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion for nunc pro tunc order (Filing No. 21). The Court finds that Leslie Johnson should be reinstated as a defendant. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted to the extent that Leslie Johnson, in her Official Capacity, is reinstated as a defendant in this action.

2) Plaintiffs' amended motion to dismiss (Filing No. 18) is denied as moot.

DATED this 2nd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court