IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TIMOTHY L. ASHFORD, TIMOTHY   )
L. ASHFORD, P.C.L.L.O.,       )
                              )
           Plaintiffs,        )        8:15CV8
                              )
       v.                     )
                              )
W. RUSSELL BOWIE, in his      )        ORDER
Official Capacity, CRAIG      )
McDERMOTT, in his Official    )
Capacity, LESLIE JOHNSON,     )
in her Official Capacity,     )
SHELLY STRATMAN, in her       )
Official Capacity, JOHN DOES, )
1-1000, JANE DOES, 1-1000,    )
                              )
           Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time to serve defendants W. Russell Bowie, in his official capacity, Craig McDermott, in his official capacity, Leslie Johnson, in her official capacity, Shelly Stratman, in her official Capacity, John Does 1-1000 and Jane Does 1-1000 (Filing No. 23).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiffs' motion is granted.  Plaintiff shall have until September 4, 2015, to serve the above-named defendants.

DATED this 11th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court