IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TIMOTHY L. ASHFORD, TIMOTHY    )
L. ASHFORD, P.C.L.L.O.,        )
                               )
              Plaintiffs,      )        8:15CV8
                               )
         v.                    )
                               )
DOUGLAS COUNTY, STATE OF       )        ORDER
NEBRASKA, W. RUSSELL BOWIE,    )
in his Official Capacity,      )
CRAIG McDERMOTT, in his        )
Official Capacity, DOUGLAS     )
JOHNSON, in his Official       )
Capacity, LESLIE JOHNSON,      )
in her Official Capacity,      )
JOHN DOE, DOUGLAS COUNTY       )
COMMISSIONER, in his Official  )
Capacity, SHELLY STRATMAN,     )
in her Official Capacity,      )
JOHN DOES, 1-1000, JANE DOES,  )
1-1000,                        )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file a first amended complaint and to add parties (Filing No. 27), a "first amended complaint" (Filing No. 28), and a motion for extension of time to serve defendants (Filing No. 29). The Court notes plaintiffs have previously filed a first amended complaint (Filing No. 4). Plaintiffs will be permitted to file a second amended complaint on or before September 11, 2015. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to file a second amended complaint is granted and they shall have until September 11, 2015, to file such second amended complaint.

2) The pleading entitled "first amended complaint" (Filing No. 28) is stricken as being an incorrect document.

3) Plaintiffs' motion for extension of time to serve defendants is denied as moot as plaintiffs will have 120 days from the date of the filing of the second amended complaint to complete service.

4) Any summonses previously issued by the clerk's office on August 31, 2015, are deemed null and void.

DATED this 1st day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court