IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. ASHFORD, TIMOTHY L. ASHFORD, P.C.L.L.O., | ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV8 |
| v. | ) ) | |
| W. RUSSELL BOWIE, In His Official Capacity, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion for extension of time (Filing No. 57). The Court notes defendants have no objection. Accordingly,

IT IS ORDERED that plaintiffs' motion for extension of time is granted. Plaintiffs shall have until June 16, 2016, to respond to defendants' motion to dismiss.

DATED this 3rd day of June, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court